# UNITED STATES DISTRICT COURT

__Western__ District of __Arkansas__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For a Petty Offense) |
| MICHAEL G. NORRIS | CASE NUMBER: WA5 P0601938, 939, 940, 941 |
| | Ralph Blagg |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded   ☐ guilty   to the offense(s) on: _____

X **THE DEFENDANT** was found guilty on:   November 3, 2015

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 C.F.R. § 4.14(b) | Open Container in a Motor Vehicle | 06/26/2015 | WA5 P0601938 |
| 36 C.F.R. § 4.15(a) | Failure to Wear a Seat Belt | 06/26/2015 | WA5 P0601939 |
| 36 C.F.R. § 4.23(a)(1) | Operating a Motor Vehicle Under the Influence of Alcohol | 06/26/2015 | WA5 P0601940 |
| 36 C.F.R. § 4.23(c)(2) | Refusal to Submit to a Breath Test | 06/26/2015 | WA5 P0601941 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on violation(s):

☐ Violation(s) _____   ☐ is   ☐ are   dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-8787
Defendant's Date of Birth: XX/XX/1974
Defendant's USM No.: None

Defendant's Residence Address:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
Hensley, Arkansas 72065

December 1, 2015
Date of Imposition of Judgment

_/s/ Mark E. Ford_
Signature of Judicial Officer

Honorable Mark E. Ford, United States Magistrate Judge
Name and Title of Judicial Officer

12/2/2015
Date

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC - 2 2015

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

Defendant's Mailing Address:
Same as above

DEFENDANT: MICHAEL G. NORRIS
CASE NUMBER: WA5 P0601938, 939, 940, 941

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **ten (10) days, suspended upon full payment of the financial obligation on or before June 7, 2016.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a_____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment — Page 3 of 4

DEFENDANT: MICHAEL G. NORRIS
CASE NUMBER: WA5 P0601938, 939, 940, 941

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 3, Part B.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| TOTALS | $ 40.00 | $ 1050.00 | $ 100.00 |

**All monetary obligations ordered by the court, except restitution, are to be made payable to:

**Central Violations Bureau**
**P. O. Box 71363**
**Philadelphia, PA 19176-1363**

The U. S. District Clerk will disperse restitution funds received from the defendant to the victims

☐ The determination of restitution is deferred _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.**

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| TOTALS | $ | $ | |

☐ If applicable, restitution amount ordered pursuant to plea agreement _____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 3, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    X the interest requirement is waived for    X fine and/or   ☐ restitution.

    ☐ the interest requirement for   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: MICHAEL G. NORRIS
CASE NUMBER: WA5 P0601938, 939, 940, 941

Judgment — Page __4__ of __4__

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  X  Lump sum payment of $ __1,190.00__ due immediately, balance due

    ☐ not later than _____ , or
    X  in accordance   ☐ C,   ☐ D, or   X  E below; or

B  ☐  Payment to begin immediately (may be combined   ☐C,   ☐D, or   ☐E below); or

C  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  X  Special instructions regarding the payment of criminal monetary penalties:

If not paid in full, the remaining balance shall be fully paid on or before June 7, 2016, or the defendant shall appear before the Court on June 7, 2016, to explain why the suspended term of imprisonment should not be imposed.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant Name, Case Number, and Joint and Several Amount:

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.